## JORDAN *v.* GLOVER.

LEWIS, J. This case is controlled by the decision rendered in *Blocker* v. *Boswell,* 109 *Ga.* 230, which has since been followed in the cases of *Berger* v. *Saul,* Id. 240; *McHenry* v. *Mays,* 110 *Ga.* 299; *Sing Wah* v. *Singer,* Id. 299; *Elson* v. *Saul,* Id. 299; *Hamer* v. *White,* Id. 300; *Watson* v. *Pearre,* Id. 320.

*Judgment reversed, with direction. All the Justices concurring.*

Argued March 6, — Decided April 5, 1900.

Bail-trover — appeal. Before Judge Felton. Bibb superior court. April term, 1899.

*John R. L. Smith,* for plaintiff in error.

---

## McLENDON *v.* GRISWOLD.

LEWIS, J. The present case is controlled by the decision this day rendered in *Jordan* v. *Glover,* and cases therein cited.

*Judgment reversed, with direction. All the Justices concurring.*

Submitted March 7, — Decided April 5, 1900.

Certiorari. Before Judge Felton. Bibb superior court. April term, 1899.

*Malcolm H. Ayer,* for plaintiff in error.